# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Cr. No. H-24-371-10 |
| **EUGENE WALKER** | |

## PROPOSED ORDER

Pending before the Court is Defendant Eugene Walker's unopposed motion to revoke his detention order and release him on bond (Doc. No. _____). The Court GRANTS the motion but orders that Mr. Walker shall not be released on bond until the date of his rearraignment hearing, at which time the U.S. Magistrate Judge conducting the rearraignment hearing may set appropriate bond conditions and release Mr. Walker on bond after the plea is entered.

SIGNED in Houston, Texas on July _____, 2025.

_____
UNITED STATES DISTRICT JUDGE