## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Cr. No. H-24-371-10**

**EUGENE WALKER**

## MOTION TO WITHDRAW AS COUNSEL

Attorney Joshua Lake, appointed counsel for defendant Eugene Walker, respectfully asks this Court to permit him to withdraw as counsel.

On July 31, 2024, the Court appointed Mr. Lake to represent Mr. Walker. Dkt. 379. Mr. Lake has remained in that role without interruption. On December 15, 2025, the Court sentenced Mr. Walker to time served, followed by two years of supervised release. Judgment, Dkt. 1887. On January 7, 2026, the Court entered its written Judgment in this case. *Id.* Mr. Walker does not wish to appeal his conviction or sentence. As a result, he no longer needs appointed counsel.

For these reasons, undersigned counsel seeks leave to withdraw as counsel for Mr. Walker.

Respectfully submitted,

By _____

JOSHUA LAKE
Texas Bar No. 24129249
joshua@joshualakelaw.com
832.356.7353

## <u>CERTIFICATE OF SERVICE</u>

On January 15, 2026, I am electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will serve a copy on counsel of record on the day of filing.

/s/ *Joshua Lake*
JOSHUA LAKE